IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:13-cr-00039-RK-1 |
| v. | |
| MICHAEL J. SULLIVAN<br>MICHAEL LOWRY<br>ROBERT MULGREW<br>WILLIE SINGLETARY<br>THOMASINE TYNES<br>MARK A. BRUNO<br>WILLIAM HIRD<br>HENRY P. ALFANO<br>ROBERT MOY | |

**ORDER**

AND NOW, this 1st day of May, 2014, upon consideration of Defendant, Michael J. Sullivan's, Motion to Join Co-Defendant Michael Lowry's Motion for a *Kastigar* Hearing, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
HONORABLE ROBERT F. KELLY
*Judge, United States District Court*