IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 13-cr-00039-1 |
| | : | |
| MICHAEL J. SULLIVAN | : | |
| | : | |

**ORDER**

**AND NOW,** this  16th  day of May, 2014, upon consideration of Defendant Michael J. Sullivan's Motion to Dismiss Count 61 of the Indictment (Doc. No. 163), the Government's Response, and Michael J. Sullivan's Reply Brief, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE