IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 13-39-01 |
| MICHAEL SULLIVAN | : |

**JUDGMENT OF ACQUITTAL**

AND NOW, this 14th day of August, 2014, after a jury trial in open court on July 23rd, 2014, with the counsel for the government, the defendant and defense counsel present, the jury has returned its verdict, finding the defendant not guilty as to: Counts 1, 3, 8, 9, 10, 11, 12, 13, 14, 15, 25, 26, 33, 34, 37, 38, 39, 57, 61 and 62.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

s/: Lawrence F. Stengel, J.____
LAWRENCE F. STENGEL, J.

cc:  U.S. Marshal
     Probation Office
     Counsel

 7/28/2014       LLB
   Date       By Whom

Case 2:13-cr-00039-LS   Document 430   Filed 08/14/14   Page 2 of 2